MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 2008 TOYOTA TUNDRA, CALIFORNIA LICENSE NO. 8S22586 (VIN 5TFDV58128X070714); RUGER .45 CALIBER SEMI-AUTOMATIC HANDGUN (SERIAL NO. 664-66556); AND ALL .45 CALIBER AMMUNITION, <br><br> Defendant. | No. 11-CV-4009 CW <br><br> ORDER STAYING THE INSTANT ACTION |
| YESENIA RODRIGUEZ, <br><br> Claimant. | |

1  UPON CONSIDERATION of the parties' stipulation to stay the instant case and pursuant
2  to 18 U.S.C. § 981(g)(1) and (2), it is by the Court on this __22nd__ day of November, 2011,
3  ORDERED that the instant case be, and hereby is, STAYED, until further order of this
4  Court; and it is further
5  ORDERED that the case management conference scheduled for November 29, 2011 at
6  2:00 p.m. be taken off calendar; and it is further
7  ORDERED that the United States provide a report every 120 days, beginning with 120
8  days from the date of this order, as to the status of the related state criminal case which is the
9  basis for the stay.

10
11
12             HONORABLE CLAUDIA WILKEN
                United States District Judge
13
14
15
16 Approved as to form:
17
18 _____ 11/18/11
   MICHAEL J. SHAMBROOK
19 Attorney for claimant Yesenia Rodriguez

Order Staying the Instant Case
No. 11-CV-4009 CW                    2