1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2
    MIRANDA KANE (CSBN 150630)
3   Chief, Criminal Division

4   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       San Francisco, California 94102
        Telephone:  415.436.6857
7       Facsimile:  415.436.6748

8   Attorneys for the United States of America

9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )        No. 11-CV-4009 CW
                                       )
14                 Plaintiff,          )
                                       )
15         v.                          )        JOINT CASE MANAGEMENT
                                       )        STATEMENT; REQUEST TO
16  2008 TOYOTA TUNDRA, CALIFORNIA     )        TAKE THE CASE MANAGEMENT
17  LICENSE NO. 8S22586 (VIN           )        CONFERENCE OFF CALENDAR;
    5TFDV58128X070714); RUGER .45      )        AND PROPOSED ORDER
18  CALIBER SEMI-AUTOMATIC             )
    HANDGUN (SERIAL NO. 664-66556);    )
19  AND ALL .45 CALIBER AMMUNITION,    )
                                       )
20                                     )
                   Defendant.          )
21  _____)
                                       )
22  YESENIA RODRIGUEZ,                 )
                                       )
23                 Claimant.           )
    _____)

24

25

26

27

28

1       Pursuant to the parties' stipulation, the Court stayed the instant case by order entered

2   November 22, 2012. *See* Order Staying the Instant Action, entered November 22, 2011; Stipulation

3   to Stay the Instant Action Pending Resolution of the State Criminal Case, filed November 18, 2011.

4   The reason for the stay was that claimant is a defendant in a related state court case. *People of the*

5   *State of California v. Jose Miguel Flores-Garcia, Yesenia Pena-Rodriguez, et al.*, Court No. SCR-

6   509334, DA No. DAR-633852, filed March 16, 2011 (Superior Court, Sonoma County). Based on

7   subsequent reports filed with the Court, this case is still stayed because the state criminal case is

8   ongoing.

9       The parties are informed by the DEA agent assisting the state deputy district attorney and

10   defense counsel that the preliminary hearing for defendant Pena-Rodriguez in the state case is now

11   scheduled for September 13, 2012. For the reasons previously stated, the parties agree that the stay

12   entered by the Court is appropriate and should be continued in effect pursuant to 18 U.S.C.

13   §981(g)(1) and (2).

14   IT IS SO STIPULATED:

15   
16   Dated: August 20, 2012

MELINDA HAAG
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

17   Attorneys for the United States

18   
19   Dated: August 20, 2012

LAW OFFICES OF MICHAEL J. SHAMBROOK

20   MICHAEL J. SHAMBROOK
Attorney for Claimant Yesenia Rodriguez

21   

22   IT IS SO ORDERED ON THIS __24th__ DAY OF AUGUST, 2012, THAT THE CASE

23   MANAGEMENT CONFERENCE SCHEDULED FOR AUGUST 29, 2012, BE, AND HEREBY

24   IS, TAKEN OFF CALENDAR. A FURTHER CASE MANAGEMENT CONFERENCE IS

25   SCHEDULED FOR OCTOBER 24, 2012.

26   
27   HONORABLE CLAUDIA WILKEN
United States District Judge

28   

JCMS & Report to the Court
No. 11-CV-4009 CW             2