MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 11-CV-4009 CW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT CASE MANAGEMENT STATEMENT; REQUEST TO TAKE THE CASE MANAGEMENT CONFERENCE OFF CALENDAR; AND ~~PROPOSED~~ ORDER |
| 2008 TOYOTA TUNDRA, CALIFORNIA LICENSE NO. 8S22586 (VIN 5TFDV58128X070714); RUGER .45 CALIBER SEMI-AUTOMATIC HANDGUN (SERIAL NO. 664-66556); AND ALL .45 CALIBER AMMUNITION, | ) | |
| Defendant. | ) | |
| YESENIA RODRIGUEZ, | ) | |
| Claimant. | ) | |

Pursuant to the parties' stipulation, the Court stayed the instant case by order entered November 22, 2011. *See* Order Staying the Instant Action, entered November 22, 2011; Stipulation to Stay the Instant Action Pending Resolution of the State Criminal Case, filed November 18, 2011. The reason for the stay was that claimant is a defendant in a related state case. *People of the State*

1  *of California v. Jose Miguel Flores-Garcia, Yesenia Pena-Rodriguez, et al.,* Court No. SCR-509334,
2  DA No. DAR-633852, filed March 16, 2011 (Superior Court, Sonoma County).  Based on reports
3  filed with the Court, this case continues to be stayed because of the ongoing state criminal case.

4      According to counsel for claimant and confirmed by the case agent in this case, SA Josh
5  Craven, the preliminary hearing for defendant Pena-Rodriguez in the state case was completed on
6  October 11, 2012 and defendant will be held to answer on charges of possession of marijuana for
7  sale, possession of controlled substance for sale and conspiracy.  The information is scheduled to be
8  filed on October 23, 2012.  Counsel for claimant provided a copy of the criminal docket sheet in the
9  state case (attached).  For the reasons previously stated, the parties agree that the stay entered by the
10 Court is appropriate and should be continued in effect pursuant to 18 U.S.C. §981(g)(1) and (2).

12 IT IS SO STIPULATED:                MELINDA HAAG
                                       United States Attorney

13 Dated: October 18, 2012             /s/
14                                     PATRICIA J. KENNEY
                                       Assistant United States Attorney
15                                     Attorneys for the United States

17                                     LAW OFFICES OF MICHAEL J. SHAMBROOK

   Dated: October 18, 2012             /s/[1]
18                                     MICHAEL J. SHAMBROOK
                                       Attorney for Claimant Yesenia Rodriguez

20 IT IS SO ORDERED ON THIS  22nd  DAY OF OCTOBER, 2012, THAT THE CASE
21 MANAGEMENT CONFERENCE SCHEDULED FOR OCTOBER 24, 2012, BE, AND HEREBY
22 IS, TAKEN OFF CALENDAR.  A FURTHER CASE MANAGEMENT CONFERENCE IS
23 SCHEDULED FOR DECEMBER 19, 2012.

                                       HONORABLE CLAUDIA WILKEN
                                       United States District Judge

---

[1] Counsel for claimant, Michael Shambrook is on travel, but has authorized placing the "/s/" on the signature line to indicate his joint agreement.

JCMS & Report to the Court
No. 11-CV-4009 CW                      2