1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2

3   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division
4

5   PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney

6      450 Golden Gate Avenue
     San Francisco, California 94102
7      Telephone: 415.436.6857
     Facsimile: 415.436.6748
8

  Attorneys for the United States of America
9

10             UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 OAKLAND DIVISION

13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 11-CV-4009 CW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST TO TAKE THE CASE |
| | ) | MANAGEMENT CONFERENCE OFF |
| 2008 TOYOTA TUNDRA, CALIFORNIA | ) | CALENDAR AND ~~PROPOSED~~ ORDER |
| LICENSE NO. 8S22586 (VIN | ) | |
| 5TFDV58128X070714); RUGER .45 | ) | |
| CALIBER SEMI-AUTOMATIC | ) | |
| HANDGUN (SERIAL NO. 664-66556); | ) | |
| AND ALL .45 CALIBER AMMUNITION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YESENIA RODRIGUEZ, | ) | |
| Claimant. | ) | |

The parties agree, subject to the Court's approval, that the case management conference scheduled for June 26, 2013, should be taken off calendar. The parties have reported to the court that they are in the process of obtaining the signature of claimant to a stipulated judgment of forfeiture. In pleading guilty in state court, claimant agreed that she would forfeit her interest, if any,

1   in defendant 2008 Toyota Tundra. Further, the United States has already obtained a default form the

2   clerk as to the other two defendants    defendant Ruger and defendant Ammunition. The United

3   States will be moving for a default judgment as to those two defendants for which no one has

4   appeared to claim.

5          For tracking purposes, the parties propose rescheduling the case management conference for

6   August 21, 2013, but recognize that such a CMC would become moot once claimant has signed and

7   the parties have filed a stipulated judgment of forfeiture as to defendant 2008 Toyota Tundra.

8

9   IT IS SO STIPULATED:                      MELINDA HAAG
                                              United States Attorney
10  Dated: June 17, 2013
11                                            PATRICIA J. KENNEY
                                              Assistant United States Attorney
12                                            Attorneys for the United States

13
                                             LAW OFFICES OF MICHAEL J. SHAMBROOK
14  Dated: June 17, 2013
15                                            MICHAEL J. SHAMBROOK
                                             Attorney for Claimant Yesenia Rodriguez
16

17

18  IT IS SO ORDERED ON THIS _____20th_____ DAY OF JUNE, 2013, THAT THE CASE

19  MANAGEMENT CONFERENCE SCHEDULED FOR JUNE 26, 2013, AT 2:00 P.M., BE, AND

20  HEREBY IS, TAKEN OFF CALENDAR. A FURTHER CASE MANAGEMENT CONFERENCE

21  IS SCHEDULED FOR AUGUST 21, 2013 AT 2:00 P.M.

22

23
                                             HONORABLE CLAUDIA WILKEN
24                                           United States District Judge

25

26

27

28
    Stip & Order
    No. 11-CV-4009 CW                          2