1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6857
        Facsimile:  (415) 436-7234
7       Email:     patricia.kenney@usdoj.gov

8  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 11-CV-4009 CW |
|---|---|
| Plaintiff, | ) [PROPOSED] DEFAULT JUDGMENT |
| v. | ) |
| RUGER .45 CALIBER SEMI-AUTOMATIC HANDGUN (SN 644066556); AND ALL .45 CALIBER AMMUNITION, | ) |
| Defendant. | ) |

UPON CONSIDERATION of the unopposed motion of the United States for a default judgment pursuant to Federal Rule of Civil Procedure 55, the entire record and for good cause shown, it is by the Court on this 11th day of July, 2013,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered against (1) defendant Ruger .45 Caliber Semi-Automatic Handgun (SN 644066556) and defendant .45 Caliber Ammunition; and it is FURTHER

ORDERED that the United States Marshal shall dispose of defendants in accordance with law.

_____
HONORABLE CLAUDIA WILKEN
United States District Judge