MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: 415.436.6857
Facsimile: 415.436.6748

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>2008 TOYOTA TUNDRA, CALIFORNIA LICENSE NO. 8S22586 (VIN 5TFDV58128X070714);<br><br>    Defendant.<br><br>YESENIA RODRIGUEZ,<br><br>    Claimant. | No. 11-CV-4009 CW<br><br>STIPULATED JUDGMENT OF FORFEITURE AS TO DEFENDANT 2008 TOYOTA TUNDRA |

The parties agree, subject to the approval of the Court, that the above captioned defendant
2008 Toyota Tundra is subject to forfeiture and that a judgment forfeiting defendant 2008 Toyota
Tundra be entered.

IT IS SO STIPULATED:

Dated: ~~June~~ July 16, 2013

MELINDA HAAG
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: ~~June~~ July 10, 2013

LAW OFFICES OF MICHAEL J. SHAMBROOK

/s/ MJShbk
MICHAEL J. SHAMBROOK
Attorney for Claimant Yesenia Rodriguez

/s/ 7/11/13
YESENIA RODRIGUEZ
Claimant

PURSUANT TO THE FOREGOING STIPULATION, IT IS BY THE COURT ON THIS 22nd DAY OF July, 2013,

ORDERED, ADJUDGED AND DECREED THAT DEFENDANT 2008 TOYOTA TUNDRA BE, AND HEREBY IS, FORFEITED TO THE UNITED STATES AND IT IS FURTHER

ORDERED THAT THE UNITED STATES MARSHAL SHALL DISPOSE OF DEFENDANT 2008 TOYOTA TUNDRA IN ACCORDANCE WITH LAW.

/s/ Claudia Wilken
HONORABLE CLAUDIA WILKEN
United States District Judge

Stipulated Judgment
No. 11-CV-4009 CW                    2